# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO. 1:00CR9

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| ) | |
| **TONY DURANT HARDY** ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Defendant was sentenced by the undersigned on December 13, 2000, to a prison term of 210 months for conspiracy to possess with intent to distribute cocaine base. **Judgment in a Criminal Case, filed December 21, 2000.** On May 18, 2009, the Probation Office filed a Supplement to the Defendant's presentence report pursuant to the Crack Cocaine Guideline Amendment. **Supplement to the Presentence Report, filed May 18, 2009.** The Probation Office advises that due to the Defendant's status as a career offender, his sentence should remain unchanged. *Id.* **at 1.** Because this recommendation is adverse to the Defendant, the Court will require a response from counsel.

**IT IS, THEREFORE, ORDERED** that Defendant's counsel file response to the Supplement to the Presentence Report within 45 days from entry of this Order.

Signed: May 20, 2009

Lacy H. Thornburg
United States District Judge